AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| St. John, Stephen C. | U.S. Bankruptcy Court, Eastern District of Virginia | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

600 Granby Street
4th Floor
Norfolk, Virginia 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Planning Committee | Mid-Atlantic Bankruptcy Conference, Virginia Continuing Legal Education |
| 2. Member, Board of Directors | World Affairs Council of Greater Hampton Roads |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Law Foundation | September 23-24, 2011 | Charlottesville, Virginia | to appear in CLE seminar | transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Wells Fargo Bank N.A. (formerly Wachovia Bank, N.A.) | Credit Card | J |
| 3. | BB&T Bank | Credit Line | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank, N.A., formerly Wachovia Bank, N.A. | C | Interest | K | T | | | | | |
| 2. BB&T Bank Trust Department IRA | D | Int./Div. | M | T | | | | | |
| 3. -Sterling Capital Money Market Account (see attachment) | A | Interest | J | T | | | | | |
| 4. -Sterling Capital Intermediate Bond Fund (see attachment) | A | Dividend | J | T | Buy (add'l) | 06/15/11 | J | | |
| 5. -Sterling Capital Total Return Bond Fund (see attachment) | B | Dividend | K | T | Buy (add'l) | 11/21/11 | J | | |
| 6. | | | | | Sold (part) | 12/15/11 | J | A | |
| 7. -PIMCO Foreign Bond Fund Class I | A | Dividend | J | T | | | | | |
| 8. -Sterling Capital Mid Value Fund (see attachment) | A | Dividend | J | T | | | | | |
| 9. -Sterling Capital Equity Income Fund (see attachment) | A | Dividend | J | T | Sold (part) | 11/21/11 | J | A | |
| 10. -Sterling Capital Special Opportunities Fd. (see attachmt) | A | Dividend | J | T | Sold (part) | 11/21/11 | J | A | |
| 11. -CSX Corporation common stock | A | Dividend | K | T | | | | | |
| 12. -DWS Capital Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/15/11 | J | | |
| 13. -Eaton Vance Large Cap Value Fund | A | Dividend | J | T | | | | | |
| 14. -Federated MDT Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 15. -Forward International Small Companies Institutional Fund | A | Dividend | J | T | | | | | |
| 16. -Goldman Sachs Growth Opportunity Fund | A | Dividend | J | T | Buy (add'l) | 12/15/11 | J | | |
| 17. -Harbor International Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Harding Loevner International Equity Fund | A | Dividend | J | T | Buy (add'l) | 12/15/11 | J | | |
| 19. -Lazard Emerging Markets Portfolio Fund | A | Dividend | J | T | | | | | |
| 20. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy (add'l) | 12/15/11 | J | | |
| 21. -Cohen & Steers Realty Shares Fund | A | Dividend | J | T | | | | | |
| 22. -Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | | | | | |
| 23. -Virtus Quality Small Cap Fund | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 24. BB&T Bank, formerly Commerce Bank | A | Interest | J | T | | | | | |
| 25. Wells Fargo Advisors IRA (CD) | A | Interest | J | T | | | | | |
| 26. State Street Bank Rollover IRA (Money Market Fund) | A | Interest | | | Closed | 09/13/11 | K | | |
| 27. TD Ameritrade IRA (Money Market Acct) (see attachment) | A | Interest | K | T | Open | 09/13/11 | K | | |
| 28. Wells Fargo Advisors Brokerage Account | E | Int./Div. | N | T | | | | | |
| 29. -American Electric Power Inc. common stock | A | Dividend | J | T | | | | | |
| 30. -Wells Fargo Advisors Money Market Account | A | Interest | J | T | | | | | |
| 31. -FirstEnergy Corporation common stock | A | Dividend | J | T | | | | | |
| 32. -Exxon Mobil Corporation common stock | A | Dividend | J | T | | | | | |
| 33. -Dominion Resources Incorporated common stock | D | Dividend | M | T | | | | | |
| 34. -Ameren Corporation common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| St. John, Stephen C. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CH Energy Group common stock | A | Dividend | K | T | | | | | |
| 36. -Entergy Corporation common stock | B | Dividend | K | T | | | | | |
| 37. -UIL Holdings Corporation common stock | A | Dividend | K | T | | | | | |
| 38. -Spectra Energy Corporation common stock | A | Dividend | K | T | | | | | |
| 39. -Exelon Corporation common stock | B | Dividend | K | T | | | | | |
| 40. -PEPCO Holdings Incorporated common stock | B | Dividend | K | T | | | | | |
| 41. -Scana Corporation common stock | B | Dividend | K | T | | | | | |
| 42. -Federated High Income Bond Fund | A | Dividend | J | T | | | | | |
| 43. -Duke Energy Corporation common stock | B | Dividend | K | T | | | | | |
| 44. -The Southern Company common stock | B | Dividend | L | T | | | | | |
| 45. Massachusetts Mutual Life Insurance Co. (Cash Value Policy) | B | Dividend | M | T | | | | | |
| 46. BB&T Money Market Account | C | Interest | N | T | | | | | |
| 47. SunTrust Bank Account (see attachment) | A | Interest | | | Closed | | | | |
| 48. BB&T Bank Account (see attachment) | A | Interest | J | T | Open | | | | |
| 49. Bank of America Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Attachment

VII INVESTMENTS AND TRUSTS  Additional Explanations

Item 3: Sterling Capital Money Market Account was formerly known as BB&T Bank Money Market Account. The name of the fund changed effective February 1, 2011, following the merger of BB&T Asset Management Inc., into Sterling Capital Management LLC.

Item 4: Sterling Capital Intermediate Bond Fund was formerly known as BB&T Intermediate US Government Bond Class I. The name of the bond fund changed effective February 1, 2011, following the merger of BB&T Asset Management Inc., into Sterling Capital Management LLC.

Item 5: Sterling Capital Total Return Bond Fund was formerly known as BB&T Total Return Bond Class I. The name of the bond fund changed effective February 1, 2011, following the merger of BB&T Asset Management Inc., into Sterling Capital Management LLC.

Item 8: Sterling Capital Mid Value Fund was formerly known as BB&T Mid Cap Value Class 1 Fund. The name of the fund changed effective February 1, 2011, following the merger of BB&T Asset Management Inc., into Sterling Capital Management LLC.

Item 9: Sterling Capital Equity Income Fund was formerly known as BB&T Equity Income Class 1 Fund. The name of the fund changed effective February 1, 2011, following the merger of BB&T Asset Management Inc., into Sterling Capital Management LLC.

Item 10: Sterling Capital Special Opportunities Fund was formerly known as BB&T Special Opportunities Class 1 Fund. The name of the fund changed effective February 1, 2011, following the merger of BB&T Asset Management Inc., into Sterling Capital Management LLC.

Items 27:  State Street Bank and Trust Company discontinued sponsorship of this Rollover IRA in 2011. The filer transferred the IRA to TD Ameritrade to avoid a distribution of the IRA.

Items 47-48:  The proceeds of the closed SunTrust Bank Account were deposited into the new BB&T Account. Columns D(2) through D(5) are blank pursuant to the instructions contained on page 52 of the Filing Instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen C. St. John**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544